UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES<br><br>V.<br><br>ALONSO ANGEL CALERO LOPEZ | No. 08 70029<br><br>SEALING ORDER |

Good cause appearing in the affidavit filed in support of the criminal complaint, and to preserve the integrity of the undercover activities and ensure officer safety, it is hereby ordered that the complaint, application and affidavit filed in support of the complaint and this order be sealed until further order of the court.

**IT IS SO ORDERED.**

DATED: January 18, 2008

HOWARD R. LLOYD
United States Magistrate Judge
Northern District of California

18 U.S.C. § 2703(d) ORDER

*[Filed stamp: SEALED BY ORDER OF THE COURT, Filed JAN 18 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]*