1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LOPEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

   UNITED STATES OF AMERICA,          )    No. CR 08-70029 HRL
12                                     )
                   Plaintiff,          )    **STIPULATION TO EXTEND TIME FOR**
13                                     )    **PRELIMINARY HEARING AND**
   v.                                  )    **EXCLUDE TIME; [PROPOSED] ORDER**
14                                     )
   ALONSO ANGEL CALERO LOPEZ,         )
15                                     )
                   Defendant.          )
16  _____)

17        Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Thursday, February 7, 2008, at 2:30 p.m. be continued to Thursday, February 21, 2008, at 2:00

20  p.m.  The continuance is requested to allow time for further pre-charge negotiation and defense

21  investigation.

22        The parties further agree that time should be excluded under the Speedy Trial Act from

23  February 7, 2008 to February 21, 2008, to allow time for defense investigation and preparation,

24  and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

25        Finally, in order to allow additional time for pre-charge negotiations, the parties also

26  agree that time should be extended for the defendant's preliminary hearing pursuant to Federal

STIPULATION TO EXTEND PRELIM.
HEARING DATE; [PROPOSED] ORDER
No. CR 08-70029 HRL                        1

1  Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt

2  disposition of criminal cases.

3

4  Dated:        02/06/08                                    _____/s/_____
                                                           LARA S. VINNARD
5                                                          Assistant Federal Public Defender

6  Dated:        02/06/08                                    _____/s/_____
                                                           TOM O'CONNELL
7                                                          Assistant United States Attorney

8
                                            **ORDER**
9
        The parties have jointly requested a continuance of the hearing set for February 7, 2008,
10
   to allow time for continued pre-charge negotiation and continued defense investigation.
11
        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
12
   presently set for February 7, 2008 at 2:30 p.m. be continued to February 21, 2008,  at 2:00 p.m.
13
        Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
14
   from February 7, 2008, to February 21, 2008, shall be excluded from the period of time within
15
   which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
16
        Finally, due to the parties' efforts to engage in pre-charge negotiations, it is ORDERED
17
   that  time should be extended for the defendant's preliminary hearing pursuant to Federal Rule of
18
   Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of
19
   criminal cases.
20
21  Dated: 2/6/08                                  _Patricia V. Trumbull_____
                                                    PATRICIA V. TRUMBULL
22                                                  United States Magistrate Judge

23

24

25

26

STIPULATION TO EXTEND PRELIM.
HEARING DATE; [PROPOSED] ORDER
No. CR 08-70029 HRL                      2