```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  LARA S. VINNARD
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant CALERO-LOPEZ

 6

 7
```

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-70029 HRL |
| ) Plaintiff, ) | **STIPULATION TO CONTINUE STATUS HEARING RE: BOND; [PROPOSED] ORDER** |
| v. ) | |
| ALONSO CALERO-LOPEZ, ) ) Defendant. ) _____) | |

17    Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the status hearing regarding the posting of property in the above-

19 captioned matter, presently scheduled for Thursday, February 28, 2008, at 1:30 p.m. be continued

20 to Thursday, March 6, 2008, at 1:30 p.m.

21    Mr. Calero-Lopez has obtained an appraisal of his property, and is in the process of

22 obtaining a title report. At this time, the defense is informed that the defendant's property has

23 lost approximately $40,000 in value since he refinanced last year. Accordingly, the defense

24 estimates that Mr. Calero-Lopez will have less equity than was estimated at the time of his bail

25 hearing.

26    Government counsel preserves his earlier objections to the setting of bond conditions in

STIPULATION TO CONTINUE STATUS RE:
BOND; [PROPOSED] ORDER
No. CR 08-70028 HRL                    1

1  this case, but does not object to a reduction in the amount of equity that must be posted to secure
2  Mr. Calero-Lopez's release. The parties will submit a proposed order to this effect after receipt
3  of the title report, which will clarify the amount of equity available.

4  Dated:      02/26/08                          _____/s/_____
                                                 LARA S. VINNARD
5                                                Assistant Federal Public Defender

6  Dated:      02/26/08                          _____/s/_____
                                                 TOM O'CONNELL
7                                                Assistant United States Attorney

8
                                    **ORDER**
9
       The parties have jointly requested a one-week continuance of the status hearing regarding
10
   the defendant's bond, currently set for February 28, 2008, to allow time for the defendant to
11
   complete the process of obtaining a title report.
12
       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
13
   presently set for February 28, 2008, at 1:30 p.m., be continued to March 6, 2008, at 1:30 p.m.
14

15  Dated:                                       _____
                                                 HOWARD R. LLOYD
16                                               United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE STATUS RE:
BOND; [PROPOSED] ORDER
No. CR 08-70028 HRL                              2