BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CALERO-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-70029 HRL |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **STATUS HEARING RE: BOND;** |
| v. ) | **[PROPOSED] ORDER** |
| ) | |
| ALONSO CALERO-LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing regarding the posting of property in the above-captioned matter, presently scheduled for Thursday, March 6, 2008, at 1:30 p.m. be continued to Wednesday, March 12, 2008, at 1:30 p.m.

Mr. Calero-Lopez has obtained an appraisal of his property, and has paid for a title report/litigation guarantee. The appraisal and title report/litigation guarantee will be provided to the government on Wednesday, March 5, 2008. After the government approves the documents, Mr. Calero-Lopez will record the deed of trust perfecting the Court's interest in the property at the county clerk's office in Carson City, Nevada. To expedite this process, the defense has proposed that the status hearing be moved one week so that Mr. Calero-Lopez will have adequate

STIPULATION TO CONTINUE STATUS RE:
BOND; [PROPOSED] ORDER
No. CR 08-70028 HRL                                    1

1 | time to record the deed prior to the hearing.

2 | Dated: 03/4/08

_____/s/_____
LARA S. VINNARD
3 | Assistant Federal Public Defender

4 | Dated: 3/5/08

_____/s/_____
TOM O'CONNELL
5 | Assistant United States Attorney

### ORDER

The parties have jointly requested a one-week continuance of the status hearing regarding the defendant's bond, currently set for March 6, 2008, to allow time for the government to review the appraisal and title report/litigation guarantee, and for the defendant to record the deed prior to the hearing date.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for March 6, 2008, at 1:30 p.m., be continued to March 12, 2008, at 1:30 p.m.

Dated: _____
HOWARD R. LLOYD
United States Magistrate Judge