1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CALERO-LOPEZ

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

   UNITED STATES OF AMERICA,              )   No. CR 08-70029 HRL
12                                        )
                  Plaintiff,              )   **STIPULATION TO MODIFY BOND**
13                                        )   **AND VACATE STATUS HEARING RE:**
       v.                                 )   **BOND; [PROPOSED] ORDER**
14                                        )
   ALONSO CALERO-LOPEZ,                   )
15                                        )
                  Defendant.              )
16 _____)

17        Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the condition of Mr. Calero-Lopez's bond requiring that he post

19 $60,000 in equity may be modified to allow Mr. Calero-Lopez to post $20,000 in equity, which is

20 the total available equity in his home.

21        Additionally, the parties anticipate that property posting package (reflecting $20,000 in

22 equity) will be filed with the Clerk of the Court in the Northern District of California in

23 compliance with Local Rule 55 on March 12, 2008, thereby satisfying the requirements of Mr.

24 Calero-Lopez's conditions of release (after modification of the bond amount).  Accordingly, the

25 parties stipulate that the status hearing regarding the defendant's bond, presently scheduled for

26 March 12, 2008, at 1:30 p.m., may be vacated.

STIPULATION TO MODIFY BOND AND
VACATE HEARING; [PROPOSED] ORDER
No. CR 08-70028 HRL                      1

Dated: 3/11/08

/s/
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 3/11/08

/s/
TOM O'CONNELL
Assistant United States Attorney

## ORDER

The parties have stipulated that the condition of the defendant's bond requiring the posting of $60,000 in equity may be modified to allow the defendant to post $20,000 in equity. Additionally, the parties have advised the Court that the property posting package will be filed with the Clerk of the Court on March 12, 2008.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant's bond is modified to allow the defendant to post $20,000 in equity. It is further ORDERED that if the property posting package is filed with the Clerk of the Court by March 12, 2008, prior to the time set for the status hearing, the status hearing regarding the defendant's bond, presently set for March 12, 2008, at 1:30 p.m., will be vacated.

Dated:

HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION TO MODIFY BOND AND
VACATE HEARING; [PROPOSED] ORDER
No. CR 08-70028 HRL                     2

Dated: 3/11/08                                    /s/
                                                  LARA S. VINNARD
                                                  Assistant Federal Public Defender

Dated: 3/11/08                                    /s/
                                                  TOM O'CONNELL
                                                  Assistant United States Attorney

## ORDER

The parties have stipulated that the condition of the defendant's bond requiring the posting of $60,000 in equity may be modified to allow the defendant to post $20,000 in equity. Additionally, the parties have advised the Court that the property posting package will be filed with the Clerk of the Court on March 12, 2008.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant's bond is modified to allow the defendant to post $20,000 in equity. It is further ORDERED that if the property posting package is filed with the Clerk of the Court by March 12, 2008, prior to the time set for the status hearing, the status hearing regarding the defendant's bond, presently set for March 12, 2008, at 1:30 p.m., will be vacated.

Dated:

HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION TO MODIFY BOND AND
VACATE HEARING; [PROPOSED] ORDER
No. CR 08-70028 HRL                     2