1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CALERO-LOPEZ

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,           )   No. CR 08-70029 HRL
                                        )
13              Plaintiff,              )   **STIPULATION TO EXTEND TIME FOR**
                                        )   **PRELIMINARY HEARING AND**
14     v.                               )   **EXCLUDE TIME**
                                        )
15  ALONSO CALERO-LOPEZ,                )
                                        )
16              Defendant.              )
    _____)

17         Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Thursday, March 27, 2008, at 1:30 p.m. be continued to Thursday, April 24, 2008, at 1:30 p.m.

20  The continuance is requested to allow time for further pre-charge negotiation and defense

21  investigation.

22         The parties further agree that time should be excluded under the Speedy Trial Act from

23  March 27, 2008 to April 24, 2008, to allow time for defense investigation and preparation, and

24  because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

25         Finally, in order to allow additional time for pre-charge negotiations, the parties also

26  agree that time should be extended for the defendant's preliminary hearing pursuant to Federal

STIPULATION TO EXTEND PRELIM.
HEARING DATE
No. CR 08-70029 HRL                         1

1 | Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt
2 | disposition of criminal cases.
3 |
4 | Dated:        03/25/08                                    _____/s/_____
  |                                                            LARA S. VINNARD
5 |                                                            Assistant Federal Public Defender
6 | Dated:        3/25/08                                      _____/s/_____
  |                                                            TOM O'CONNELL
7 |                                                            Assistant United States Attorney

STIPULATION TO EXTEND PRELIM.
HEARING DATE
No. CR 08-70029 HRL                                    2