FILED

MAR 27 2008

NOR... ...
SAN JOSE ...IFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-70029 HRL |
| ) | |
| Plaintiff, ) | ORDER CONTINUING THE |
| ) | PRELIMINARY HEARING AND |
| v. ) | EXCLUDE TIME |
| ) | |
| ALONSO CALERO-LOPEZ, ) | HON. RICHARD SEEBORG |
| ) | |
| Defendant. ) | |

**ORDER**

The parties have jointly requested a continuance of the hearing set for March 27, 2008, to allow time for continued pre-charge negotiation and continued defense investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for March 27, 2008 at 1:30 p.m. be continued to April 24, 2008, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 27, 2008, to April 24, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Finally, due to the parties' efforts to engage in pre-charge negotiations, it is ORDERED

ORDER EXTENDING PRELIM.
HEARING DATE AND EXCLUSION OF TIME
No. CR 08-70088 PVT                    1

1  that time should be extended for the defendant's preliminary hearing pursuant to Federal Rule of
2  Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of
3  criminal cases.

4
5  Dated: 3/26/08

                                               RICHARD SEEBORG
                                               United States Magistrate Judge

ORDER EXTENDING PRELIM.
HEARING DATE AND EXCLUSION OF TIME
No. CR 08-70088 PVT       2